Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
_____
    Plaintiff(s)

        v.                                                    Civil Action No. 07-1327 (RMC)

ALL PROPERTY IN/UNDERLYING
E-GOLD ACCOUNT NUMBER 3931825,
3814228, 3751783, 3781544, 3711356, *
_____
    Defendant(s)

RE:  ALL PROPERTY IN/UNDERLYING
     E-GOLD ACCOUNT NUMBERS  3931825, 3814228, 3751783, 3781544, 3711356, *

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with ✱ ✱✱ and copy of the complaint on October 11, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 2nd day of July, 2008 declared that defendant(s) is/are in default.

                                            NANCY MAYER-WHITTINGTON, Clerk

                                  By: _____T. Gumiel_____
                                            Deputy Clerk

✱ 3599523, 3729709, AND 3683876
✱✱ a Warrant of arrest in Rem